TALLER & COOPER, INC., Respondent, v. ALBERT RAND, Appellant.—

Wenzel, Acting P. J., MacCrate, Schmidt, Murphy and Ughetta, JJ., concur.